IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00703-WYD

GRETCHEN K. WEGNER,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

## ORDER FOR ATTORNEY FEES

This matter is before the Court on Plaintiff's Unopposed Motion For Attorney Fees Under EAJA filed on December 28, 2009.  In the motion Plaintiff seeks an order granting an award of attorneys' fees in the amount of $4,200.43 under the Equal Access to Justice Act ("EAJA"), 42 U.S.C. § 2412.  A Statement of Attorney Hours is attached to the motion. Having reviewed the motion and being fully advised in the premises, it is

ORDERED that Plaintiff's Motion for Attorney Fees Under EAJA (doc. # 21) is **GRANTED**.  In accordance therewith, Defendant shall pay to Plaintiff attorney fees under the EAJA in the amount of $4,200.43 in care of the Plaintiff's attorney.

Dated January 4, 2010

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Chief United States District Judge